BEFORE THE FIRST DIVISION, JUNE 11, 1943

**No. 48388.**—Petition 6301-R of L. Heller & Son, Inc. (New York).

Opinion by OLIVER, P. J. It appeared there was no serious dispute as to the facts herein. The examiner testified that he had known the petitioner or its predecessor firms for a period of over 30 years, that its reputation was of the best, and that he believed the statements of the witness, who was secretary of the petitioning corporation. From the record it was found that the petitioner had produced satisfactory evidence that the entry made on the *pro forma* invoice herein was made without any intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case. The petition was therefore granted.

BEFORE THE FIRST DIVISION, JUNE 12, 1943

**No. 48389.**—Protest 69682-K of F. W. Woolworth Co. (Seattle).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the figures in question are similar to those the subject of *United States* v. *Woolworth* (28 C. C. P. A. 196, C. A. D. 145) the claim under paragraph 397 and said T. D. 49753 was sustained.

**No. 48390.**—Protests 976597-G, etc., of C. S. Emery & Co. (St. Albans).

Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391) the protests claiming that no addition should have been made for planing, tonguing, and/or grooving were sustained.

BEFORE THE THIRD DIVISION, JUNE 12, 1943

**No. 48391.**—Protest 78528-K of Sam Yeung & Co. (New York).

Opinion of EKWALL, J. In view of Abstract 45762 and stipulation of counsel it was held that the tax was not applicable to the merchandise herein.